

FILED

2003 OCT 31  A 11: 06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRETCHEN CHIPPERINI<br>Plaintiff | : CIVIL ACTION NO.<br>: 3:00CV345 (CFD) |
| VS. | : |
| KELLY CRANDALL AND<br>JOHN W. VARONE<br>Defendants | : OCTOBER 31, 2003 |

### MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE CLOSE-OUT PAPERS

The defendants, Kelly Crandall and John W. Varone, represent that the above-captioned matter has been resolved and the approval necessary to effectuate settlement cannot be obtained until November 5, 2003. The Notice to Counsel issued by the Clerk's Office has given the parties until October 31, 2003 to file the necessary documents and, given the above, the parties respectfully request an additional thirty (30) days, to and including November 30, 2003, within which to file a Stipulation to Dismiss this matter.

The parties are in agreement as to the need for this extension.

This is the <u>first</u> request by the parties to extend the time for filing the close-out papers in accordance with the Clerk's Notice to Counsel.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105