FILED

2003 DEC -1  A 9:42

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRETCHEN CHIPPERINI | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 300CV345 (CFD) |
| VS. | : | |
| | : | |
| KELLY CRANDALL and | : | |
| JOHN W. VARONE | : | |
|     Defendants | : | NOVEMBER 26, 2003 |

## MOTION FOR ENLARGEMENT OF TIME
## WITHIN WHICH TO FILE CLOSE-OUT PAPERS

The Plaintiff, Gretchen Chipperini, represents that she has only recently received the proposed settlement documents for the above captioned matter and requires additional time to review said documents. Further, the Defendants' requested and received additional time to prepare said documents. The Notice to Counsel issued by the Clerk's Office has given the parties until November 30, 2003 to file the necessary documents, and given the above, the parties respectfully request an additional thirty (30) days to and including December 30, 2003, within which to file a Stipulation to Dismiss this matter.

The parties are in agreement as to the need for this extension.

1

L:\1 Work\Chipperini\crandall\Motion for Enlargement of Time.doc

BERDON, YOUNG & MARGOLIS, P. C. – ATTORNEYS AND COUNSELORS AT LAW
132 TEMPLE STREET – NEW HAVEN, CONNECTICUT 06510 – 203-772-3740
JURIS NO. 03487

This is the first request by the Plaintiff to extend the time for filing the close-out papers in accordance with the Clerk's Notice to Counsel.

**FOR PLAINTIFF**
Gretchen Chipperini

BY: _____
Peter A. Berdon
Berdon, Young & Margolis, PC
Her Attorney
132 Temple Street
New Haven, CT 06510
Telephone No.: 203-772-3740
Federal Bar: ct 09573

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on the date hereon via postage United States mail, postage prepaid to all pro se parties and counsel of record, including:

James J. Szerejko
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Peter A. Berdon
Commissioner of Superior Court

2
L:\1 Work\Chipperini\crandall\Motion for Enlargement of Time.doc