59

Granted, as modified. The parties shall have until December 23, 2005. So ordered.

/s/ ___ 12/11/03

FILED
2003 DEC -1 A 9:42
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRETCHEN CHIPPERINI | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 300CV345 (CFD) |
| VS. | : | |
| | : | |
| KELLY CRANDALL and | : | |
| JOHN W. VARONE | : | |
| Defendants | : | NOVEMBER 26, 2003 |

## MOTION FOR ENLARGEMENT OF TIME
## WITHIN WHICH TO FILE CLOSE-OUT PAPERS

The Plaintiff, Gretchen Chipperini, represents that she has only recently received the proposed settlement documents for the above captioned matter and requires additional time to review said documents. Further, the Defendants' requested and received additional time to prepare said documents. The Notice to Counsel issued by the Clerk's Office has given the parties until November 30, 2003 to file the necessary documents, and given the above, the parties respectfully request an additional thirty (30) days to and including December 30, 2003, within which to file a Stipulation to Dismiss this matter. The parties are in agreement as to the need for this extension.

1
L:\1Work\Chipperini\crandall\Motion for Enlargement of Time.doc