FILED

2003 DEC 29 P 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRETCHEN CHIPPERINI<br>Plaintiff | : | CIVIL ACTION NO.<br>3:00CV345 (CFD) |
| VS. | : | |
| KELLY CRANDALL AND<br>JOHN W. VARONE<br>Defendants | : | December 23, 2003 |

### STIPULATION TO DISMISS

The parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

PLAINTIFF,
GRETCHEN CHIPPERINI

BY: _____
Peter A. Berdon
Fed. Bar. No. ct09573
Berdon, Young & Margolis, PC
132 Temple Street
New Haven, CT 06510
Tel: (203) 772-3740

06284.0892
@PFDesktop\::ODMA/MHODMA/IManage;479973;1

| | | |
|---|---|---|
| One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 | **HALLORAN**<br>**& SAGE LLP** | Phone (860) 522-6103<br>Fax (860) 548-0006<br>Juris No. 26105 |

DEFENDANTS,
KELLY CRANDALL AND
JOHN W. VARONE

BY: _____
James J. Szerejko
Fed. Bar No. ct 04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 23rd day of December, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Peter A. Berdon, Esq.
Berdon, Young & Margolis, PC
132 Temple Street
New Haven, CT 06510

The Honorable William I. Garfinkel
United States District Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

James J. Szerejko

479973.1(HS-FP)

- 3 -

One Goodwin Square　　HALLORAN　　Phone (860) 522-6103
225 Asylum Street　　& SAGE LLP　　Fax (860) 548-0006
Hartford, CT 06103　　　　Juris No. 26105