```
                UNITED STATES DISTRICT COURT

                  DISTRICT  OF  CONNECTICUT
```

Chipperini

V.                          Case Number:  3:00cv345 CFD

Crandall, et al

**Stipulation for Dismissal**

Doc. # **61**

**ORDERED ACCORDINGLY**

Dated at Hartford, Connecticut, December 30, 2003.

KEVIN F. ROWE, CLERK

By: ___/s/ jrb_____
     Jane R. Bauer
     Deputy Clerk